IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VUE THAO,<br><br>    Defendant. | Case No. 1:13-CR-00360 BAM-1<br><br>ORDER ON STIPULATION TO VACATE REVIEW HEARING AND ORDERING COUNSEL TO SHOW CAUSE WHY SANCTIONS/COST OF THE INTERPRETER SHOULD NOT ISSUE<br><br>(ECF No. 13) |

Based upon the stipulation of the parties, the Court shall vacate the review hearing set for August 21, 2014 as to the defendant and interpreter only but shall convert this hearing to an order to Show Cause Hearing. The Court reserves its discretion to set a review hearing on a future date.

In this matter, the Court had made arrangements for an interpreter to appear for the August 21, 2014 review hearing. On August 20, 2104, a stipulation was filed asking that the date be vacated because defendant had obeyed all laws and was current on his obligations. Due to the late notice, the Court has incurred the costs of the interpreter for the hearing. Based upon the facts provided in the stipulation, it is the opinion of the Court that notification could have been provided earlier in order to avoid the costs of the interpreter. Pursuant to the Local Rules of the Eastern District of California, "[u]njustified failure to notify the staff court interpreters of . . . a cancelled or rescheduled hearing may result in sanctions, including an order to pay the cost of interpreter services." L. R. 403(d). Therefore, responsible counsel shall be required to show

cause why counsel should not be ordered to pay the costs of the interpreter for the August 21, 2014 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for August 21, 2014 at 10:00 a.m. in Courtroom 9 is VACATED as to the defendant and the interpreter only but that the Court shall hold an Order to Show Cause at that date and time; and

2. By the end of the day, counsel shall show cause in writing why they should not be ordered to pay the cost of the interpreter.

IT IS SO ORDERED.

Dated: __August 20, 2014__                               _____
                                                                                    UNITED STATES MAGISTRATE JUDGE