IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00360 BAM-1 |
|---|---|---|
| Plaintiff, | ) ) | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REMOVING MATTER FROM CALENDAR |
| v. | ) ) | |
| VUE THAO, | ) ) | (ECF No. 14, 15, 16) |
| Defendant. | ) ) | |

On August 20, 2014 an order issued requiring counsel to show cause why sanctions should not be imposed for the failure to timely notify the Court that an interpreter was not needed for a hearing in this matter. On August 21, 2014, counsel for the Government and Defendant each filed a response to the order. Based upon the declarations submitted by counsel, and the assurance that procedures are being implemented by the Federal Defender's Office to avoid such an incident in the future, the Court finds that in this case the explanations and remedies are reasonable and done in an effort to avoid future unnecessary interpretive costs to the Clerk of the Court. The order to show cause issued August 20, 2014, is HEREBY DISCHARGED and the matter is taken off calendar.

IT IS SO ORDERED.

Dated: **August 26, 2014**

UNITED STATES MAGISTRATE JUDGE

1